JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIMY BRAY, an individual, on behalf of himself, the State of California, as a private attorney general, and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ULINE, INC., a Delaware Corporation; and DOES 1 TO 50,<br><br>　　Defendants. | Case Number: 5:21−cv−01031−JLS−KK<br><br>**Order Granting Joint Stipulation to Remand Action to San Bernardino Superior Court (Doc. 22)** |

# ORDER

After reviewing the Parties' Stipulation to Remand the Action to San Bernardino Superior Court (Doc. 22) and good cause appearing, IT IS HEREBY ORDERED as follows:

The Parties' Stipulation is approved. This matter is hereby remanded to the Superior Court for the State of California for the County of San Bernardino for lack of subject matter jurisdiction per 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated: April 29, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE